UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAM ARBAUGH,

    Plaintiff,

vs.

CHAS. LEVY CIRCULATING COMPANY,
a foreign corporation,

    Defendant.
_____/

Case No. 04-72802

Hon. Victoria A. Roberts

LEONARD KRUSE, PC
NORBERT B. LEONARD  (P-40056)
KELLY A. KRUSE (P-45538)
Attorney for Plaintiff
4190 Telegraph Road, Suite 3500
Bloomfield Hills, Michigan  48302
(248) 594-7500

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
MEGAN P. NORRIS  (P-39318)
CHRISTOPHER M. TREBILCOCK  (P-62101)
Attorneys for Defendant
150 West Jefferson, Suite 2500
Detroit, Michigan  48226
(313) 963-6420
_____/

## ORDER OF DISMISSAL

    At a session of said U.S. Courthouse, held in the
City of Detroit, County of Wayne, State of Michigan on:
_____May 24, 2005_____

    PRESENT: HONORABLE   _Victoria A. Roberts_____
                                  U.S. District Court Judge

    On reading and filing the Stipulation for Dismissal executed by the attorneys for the above parties, and the Court being duly advised in the premises;

    **IT IS HEREBY ORDERED** that this matter be, and hereby is, dismissed with prejudice and without costs to any party.

    **IT IS SO ORDERED.**

              <u>S/Victoria A. Roberts     </u>
              Victoria A. Roberts
              United States District Judge

Dated: May 24, 2005

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on May 24, 2005.

<u>s/Carol A. Pinegar     </u>
Deputy Clerk

---